# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain, Room #319
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

May 29, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
P.O. Box 3487
Fayetteville, Arkansas 72701

　　　　　　　　RE:   **DOLBERRY, Ester Marie**
　　　　　　　　　　　　**Case #5:01CR50040-001**
　　　　　　　　　　　　<u>**VIOLATION REPORT**</u>

Dear Judge Hendren:

This is to seek the court's guidance in the matter of supervision in this case. On June 3, 2002, Ester Marie Dolberry was sentenced by Your Honor, for concealment of a material fact, to five years probation, $45,708.40 restitution, and $100 special assessment.

Ms. Dolberry has paid to the best of her ability and has responded to all directives by this office. As of this date, Ms. Dolberry owes $43,333.40 toward the restitution and has paid the special assessment fee. This case is due to expire June 2, 2007. It is anticipated the U.S. Attorney's Office will pursue collection on this financial obligation for up to 20 years after the expiration of the defendant's term of supervision. Accordingly, it is respectfully recommended that Ester Marie Dolberry's case be allowed to expire as scheduled without court intervention and with the U.S. Attorney's Office to continue collection of the remaining restitution.

I will continue to monitor Ms. Dolberry's case at Your Honor's direction. Should Your Honor require further information, please advise.

Sincerely,

*[signature]*
Michael K. Scott
U.S. Probation Officer

Page 2 - Violation Report
    Dolberry, Ester Marie
    Dkt. #5:01CR50040-001

Reviewed by:
William E. Dunn, Jr.
Supervising U. S. Probation Officer

✓    Allow Supervision Term to Expire

___    Submit Petition for Violation Hearing

___    Other _____

5/30/07

Honorable Jimm Larry Hendren     Date
Chief U.S. District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 3 0 2007

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK